**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6324**

———————

MORRIS SPEIGHT-BEY,

             Petitioner - Appellant,

      v.

CHARLES WILLIAMS, Warden, Alien Property Custodian,

             Respondent - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.   Irene M. Keeley, District Judge.  (1:15-cv-00177-IMK-JES)

———————

Submitted:  May 18, 2016                Decided:  May 23, 2016

———————

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Morris Speight-Bey, Appellant Pro Se.  Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia; Erin K. Reisenweber, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Morris Speight-Bey seeks to appeal the district court's order directing a response to his 28 U.S.C. § 2241 (2012) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Speight-Bey seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED